UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDUARDO HERRERA JR., | ) | No. CV 13-8957 MWF (FFM) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| M.E. SPEARMAN, Warden A, | ) ) | |
| Respondent. | ) ) | |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: August 12, 2014

_____
MICHAEL W. FITZGERALD
United States District Judge